## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| GUMBO BROTHERS, LLC | : No. 191 EAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| QUEEN'S WALK, L.P., MONTROSE | : |
| INVESTMENTS, LLC, RICHARD KOWIT, | : |
| MICHAEL GARNICK AND MICHAEL | : |
| MCCANN | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| MICHAEL COLAIZZO | : |
| | : |
| PETITION OF:  MICHAEL COLAIZZO | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.